# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 30, 2015

Mr. Michael Hrabcak
Hrabcak & Company
67 E. Wilson Bridge Road
Suite 100
Worthington, OH 43085

Ms. Tracey Anne Jordan
Foran, Glennon, Palandech, Ponzi & Rudloff
222 N. LaSalle Street
Suite 1400
Chicago, IL 60601

Mr. Benjamin Bradley Nelson
Hrabcak & Company
67 E. Wilson Bridge Road
Suite 100
Worthington, OH 43085

Mr. Thomas B. Orlando
Foran, Glennon, Palandech, Ponzi & Rudloff
222 N. LaSalle Street
Suite 1400
Chicago, IL 60601

Mr. Matthew Scott Ponzi
Foran, Glennon, Palandech & Ponzi
150 S. Wacker Drive
11th Floor
Chicago, IL 60606-0000

        Re:  Case No. 15-3148/15-3224, *Howard Industries, Inc. v. Ace American Insurance Co., et al*
              Originating Case No. : 2:13-cv-00677

Dear Sir or Madam,

  The Court issued the enclosed (Order/Opinion) today in these cases.

                              Sincerely yours,

                              s/Connie A. Weiskittel
                              Mediation Administrator


cc:  Mr. Richard W. Nagel
Enclosure

No mandate to issue

Case No. 15-3148/15-3224

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

HOWARD INDUSTRIES, INC.

    Plaintiff - Appellant Cross-Appellee

v.

ACE AMERICAN INSURANCE COMPANY

    Defendant - Appellee Cross-Appellant

JOHN DOES 1-5; ABC CORPORATIONS 1-5

    Defendants - Appellees

 and

STARR TECHNICAL RISKS AGENCY, INC.

    Defendant

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

            **ENTERED PURSUANT TO RULE 33,
            RULES OF THE SIXTH CIRCUIT**
            Deborah S. Hunt, Clerk

Issued: July 30, 2015