**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**HOWARD INDUSTRIES, INC.,**

    **Plaintiff,**                       Case No. 2:13-cv-0677
                                           **JUDGE GREGORY L. FROST**
    v.                                Magistrate Judge E.A. Preston Deavers

**ACE AMERICAN INSURANCE**
**COMPANY, et al.,**

    **Defendants.**

## ORDER

    The parties have informed the Court that, during the interlocutory appeal of the Court's March 12, 2014 Opinion and Order, they settled all claims between them.  The Court accordingly **DISMISSES** the claims that remain pending in this litigation.  The Court **DIRECTS** the Clerk to terminate this case from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                                                   **/s/ Gregory L. Frost**
                                                   **GREGORY L. FROST**
                                                    **UNITED STATES DISTRICT JUDGE**