# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**HOWARD INDUSTRIES, INC.,**

    **Plaintiff,**

  v.

**ACE AMERICAN INSURANCE COMPANY, et al.,**

    **Defendants.**

Case No. 2:13-cv-0677
**JUDGE GREGORY L. FROST**
Magistrate Judge E.A. Preston Deavers

## ORDER

The parties have informed the Court that, during the interlocutory appeal of the Court's March 12, 2014 Opinion and Order, they settled all claims between them. The Court accordingly **DISMISSES** the claims that remain pending in this litigation. The Court **DIRECTS** the Clerk to terminate this case from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                                              **/s/ Gregory L. Frost**
                                              **GREGORY L. FROST**
                                              **UNITED STATES DISTRICT JUDGE**